1  Erica T. Loftis, SBN 259286
2  Dane W. Exnowski, SBN 21996
   Buckley Madole, P.C.
3  301 E. Ocean Blvd., Suite 1720
   Long Beach, CA 90802
4  Telephone: 562-983-5365
   BK.CA@BuckleyMadole.com
5
6  Attorney for Wells Fargo Bank, N.A.

The following constitutes
the order of the court. Signed March 9, 2017

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Regina Rose Frazier,<br>*aka* Regina R. Frazier,<br>*aka* Regina Frazier,<br><br><br><br><br><br><br><br>Debtor. | Case No. 13-45642<br><br>Chapter 13<br><br><br>R.S. No. DWE-20<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Hearing:<br>Date:  2/8/2017<br>Time:  1:30 PM<br>Place: Courtroom 201<br>         1300 Clay Street<br>         Oakland, CA 94612 |

A Motion for Relief from the Automatic Stay (the "Motion") was noticed in the within matter and filed by Wells Fargo Bank, N.A. ("Movant"). A hearing on the above-referenced motion was held at the date, time and place set forth above. Appearances were noted on the record. For the reasons set forth on the record and in the minutes of the proceedings, the Court hereby makes its Order as follows:

**IT IS HEREBY ORDERED THAT:**

1. This Order pertains to the real property commonly known as 1615 Francisco St., Berkeley, CA 94703-1216 (the "Property").

///

///

2.  The automatic stay of 11 U.S.C. § 362(a) is hereby terminated as to Debtor and Debtor's bankruptcy estate. Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law.

3.  This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

4.  The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

5.  Movant, or its agents, may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement. Movant, through its servicing agent, may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be nonrecourse unless stated in a reaffirmation agreement.

**END OF ORDER**

COURT SERVICE LIST