# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

April 10, 2018

WELLS FARGO HOME MORTGAGE
1 HOME CAMPUS X2302-041
DES MOINES, IA 50328

**SECOND NOTICE**

Chapter 13 Case No.: 13-45642-RLE13
Re: Regina Rose Frazier

We received a notification regarding claim# 11 filed by WELLS FARGO HOME MORTGAGE.  Our office received an email from Wells Fargo stating RUSHMORE IS THE NEW SERVICER.  Please file the appropriate documents with court.

We have no authority to stop distributions on the claim.   If no further payments are required please file documentation with court stating no further payments are required from the Chapter 13 Trustee's office.  To determine information regarding the claim - including the amount disbursed on the claim -- please review www.13network.com .  All documents **MUST** be filed with the Bankruptcy court.

Oakland Bankruptcy Court
1300 Clay Street, Suite #300
Oakland, Ca  94612

Based on your correspondence, however, we will cease distributions and place an internal reserve on the claim.  When we have accumulated an amount sufficient to pay the claim, we will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

Regina Rose Frazier, 1615 Francisco St, Berkeley, CA  94703

Stan E Riddle Atty, 546 - 60Th Street #B, Oakland, CA  94609

Wells Fargo Fka Wachovia Fka World Sav, 4101 Wiseman Blvd T7416-023, San Antonio, TX  78251

Wells Fargo Home Mortgage, 1 Home Campus X2302-041, Des Moines, IA  50328

RUSHMORE LOAN MANAGEMENT SERVICES , PO BOX 52708, IRVINE CA 92619-1708